# EXHIBIT B

| US6346795 | Royal Battery LiFePO4 Battery ("The accused product") |
|---|---|
| 1. A discharge control circuit for controlling discharge of a battery including at least one cell comprising: | The accused product comprises a discharge control (e.g., over discharging protection circuit) circuit for controlling discharge of a battery (e.g., LiFePO4 Battery) including at least one cell.<br><br><br>https://www.royalbattery.com/lbscpl12v-40 |



https://www.royalbattery.com/lbscpl12v-40

 **Lithium**

## LiFePO4  Battery  12V/40Ah

**Lithium Iron Phosphate Battery**

### LiFePO4 ADVANTAGES

- **High Voltage DC Distribution Improves Efficiency**
- **Lighter Than Conventional Batteries**
- **Increased Cyclability**
- **Longer Life**

### KEY FEATURES

- **Attractive Cycle Life**
- **Extended Safety Performance**
- **Wide Operating Temperature Range**
- **Unrivalled High Temperature Performance**
- **Green Energy without Metal Contaminant**
- **High Capacity**
- **Steady Output Voltage**
- **Low Self-Discharge Rate**
- **Double Safety Protection**

### • ELECTRICAL CHARACTERISTICS

| | |
|---|---|
| Nominal Voltage | 12.8V |
| Nominal Capacity (at 0.5C, 25°C) | 40Ah |
| DC Internal Resistance | ≤ 50m Ω |
| Expected Cycle Life | More than 2000 cycles, w/ 1C charge and discharge rate, @ 25C |

### • MECHANICAL CHARACTERISTICS

| | |
|---|---|
| BCI Group Size | N/A |
| Length | 7.75" / 198mm (± 2mm) |
| Width | 6.5" / 166mm (± 2mm) |
| Height | 6.75" / 170mm (± 2mm) |
| Weight | 14lbs / 6.5kg |
| Terminal Torque Setting | 135-165 in lbs. / 15.3-18.6N*M |

https://www.royalbattery.com/amfile/file/download/file/29/product/452/

## CELL STRUCTURE & DESIGN



- Cylindrical LiFePO4 Cell— 32650 3.2V / 5-5.5Ah
- Bolted Cells for Safety, Stability & Reliability
- Each Cell is Protected by a Patented PCB
- Built-in BMS (Battery Management System)

## CELL SAFETY

**Passed the Following Abuse & Safety Tests**

Impact Test , Puncture Test, Drop & Shock Test, Puncture Test, Crush Test, Thermal Shock, Over-Charge, Over-Discharge, Positive & Negative Short Circuit.

All tests resulted in No Fire, No Explosion while retaining a Stable Chemical Structure.

https://www.royalbattery.com/amfile/file/download/file/29/product/452/

### • OPERATIONAL CONDITIONS

| | |
|---|---|
| Max. Charge Voltage | 14.6 V |
| Continuous Charge Current | Max. 40A |
| Charge Temperature | 0°C– 45°C |
| Continuous Discharge Current | Max. 40A |
| Peak Discharge Current | 80A (10 Sec.) |
| Discharge Cut-off Voltage | 10.0 V |
| Discharge Temperature | -20°C ~ 65° C |
| Storage Temperature | -20°C ~ 45° C |
| Self-Discharge (Stored @ 50 % SOC) | <3% Per Month |

## FUNCTION OF PCM / BMS (Battery Management System)

**Circuit Protection:** Constant Power Lithium cells are optimized through the use of its PCM / BMS. Monitoring the cells provides protection against overcharge, over discharge and short circuit. It also enables every battery pack to obtain an independent balancing function. Overall the BMS helps to ensure safe and accurate operation.

| ITEM | CONTENT | CRITERIA |
|---|---|---|
| Overcharge Protection | Overcharge Detection Voltage | 3.90 ± 0.05V |
| | Overcharge Release Voltage | 3.80 ± 0.05V |
| | Maximum Charge Voltage | 3.65 ± 0.05V |
| | Maximum Charge Current | ≤ 55A |
| Over Discharge Protection | Over Discharge Detection Voltage | 2.0 ± 0.1V |
| | Over Discharge Detection Delay Time | ≤167mS |
| | Over Discharge Release Voltage | 2.3 ± 0.075V |
| Over Current Protection | Over Current Detection Current | ≤ 200A ± 10A |
| | Detection Delay Time | ≤ 1 S |
| | Release Condition | Cut Load |
| | Maximum Continuous Current | ≤ 55A |
| Short Circuit Protection | Detection Condition | Exterior Short Circuit |
| | Detection Delay Time | 230 - 500uS |
| | Release Condition | Cut Short Circuit |
| Cell Balancing | Balancing Current | 40 ± 10mA |
| | Balancing Voltage | 3.60 ± 0.01V |
| Remark | CAPABLE OF (4) BATTERIES IN SERIES TO 48V | |

https://www.royalbattery.com/amfile/file/download/file/29/product/452/

| a discharge control switch connected to the battery for cutting off a discharge current of the battery in response to a discharge stop signal; and | The accused product comprises a discharge control switch connected to the battery for cutting off a discharge current (e.g., turning off switch) of the battery in response to a discharge stop signal (e.g., over discharge control signal provided by the control circuit).<br><br>Upon information and belief, the accused product utilizes a discharge control switch in its PCM/BMS module to cut-off discharge current of the battery in response to a discharge stop signal provided by Cell Protection. |



### CELL STRUCTURE & DESIGN

- Cylindrical LiFePO4 Cell— 32650 3.2V / 5-5.5Ah
- Bolted Cells for Safety, Stability & Reliability
- Each Cell is Protected by a Patented PCB
- Built-in BMS (Battery Management System)

### CELL SAFETY

**Passed the Following Abuse & Safety Tests**

Impact Test , Puncture Test, Drop & Shock Test, Puncture Test, Crush Test, Thermal Shock, Over-Charge, Over-Discharge, Positive & Negative Short Circuit.

All tests resulted in No Fire, No Explosion while retaining a Stable Chemical Structure.

https://www.royalbattery.com/amfile/file/download/file/29/product/452/

- **OPERATIONAL CONDITIONS**

| | |
|---|---|
| Max. Charge Voltage | 14.6 V |
| Continuous Charge Current | Max. 40A |
| Charge Temperature | 0°C– 45°C |
| Continuous Discharge Current | Max. 40A |
| Peak Discharge Current | 80A (10 Sec.) |
| Discharge Cut-off Voltage | 10.0 V |
| Discharge Temperature | -20°C ~ 65° C |
| Storage Temperature | -20°C ~ 45° C |
| Self-Discharge (Stored @ 50 % SOC) | <3% Per Month |

## FUNCTION OF PCM / BMS (Battery Management System)

**Circuit Protection:** Constant Power Lithium cells are optimized through the use of its PCM / BMS. Monitoring the cells provides protection against overcharge, over discharge and short circuit. It also enables every battery pack to obtain an independent balancing function. Overall the BMS helps to ensure safe and accurate operation.

| ITEM | CONTENT | CRITERIA |
|---|---|---|
| Overcharge Protection | Overcharge Detection Voltage | 3.90 ± 0.05V |
| | Overcharge Release Voltage | 3.80 ± 0.05V |
| | Maximum Charge Voltage | 3.65 ± 0.05V |
| | Maximum Charge Current | ≤ 55A |
| Over Discharge Protection | Over Discharge Detection Voltage | 2.0 ± 0.1V |
| | Over Discharge Detection Delay Time | ≤167mS |
| | Over Discharge Release Voltage | 2.3 ± 0.075V |
| Over Current Protection | Over Current Detection Current | ≤ 200A ± 10A |
| | Detection Delay Time | ≤ 1 S |
| | Release Condition | Cut Load |
| | Maximum Continuous Current | ≤ 55A |
| Short Circuit Protection | Detection Condition | Exterior Short Circuit |
| | Detection Delay Time | 230 - 500uS |
| | Release Condition | Cut Short Circuit |
| Cell Balancing | Balancing Current | 40 ± 10mA |
| | Balancing Voltage | 3.60 ± 0.01V |
| Remark | CAPABLE OF (4) BATTERIES IN SERIES TO 48V | |

https://www.royalbattery.com/amfile/file/download/file/29/product/452/

| | |
|---|---|
| a control circuit connected to the battery and the discharge control switch for generating -the discharge stop signal that deactivates the discharge control switch when a voltage of at least one cell reaches a lower limit, wherein the control circuit includes a switch holding circuit for continuously supplying the discharge stop signal to the discharge control switch for a predetermined time after the discharge stop signal is generated. | The accused product comprises a control circuit connected to the battery and the discharge control switch for generating -the discharge stop signal (e.g., over discharge control signal provided by the control circuit) that deactivates the discharge control switch when a voltage of at least one cell reaches a lower limit (e.g., over discharge detection voltage), wherein the control circuit includes a switch holding circuit (e.g., delay generating circuit) for continuously supplying the discharge stop signal to the discharge control switch for a predetermined time (e.g., delay time set by the circuit) after the discharge stop signal is generated.

Upon information and belief, the accused product utilizes a discharge control switch in its PCM/BMS module to cut-off discharge current of the battery in response to a discharge stop signal provided by Cell Protection.



**CELL STRUCTURE & DESIGN**

- Cylindrical LiFePO4 Cell— 32650 3.2V / 5-5.5Ah
- Bolted Cells for Safety, Stability & Reliability
- Each Cell is Protected by a Patented PCB
- Built-in BMS (Battery Management System)

**CELL SAFETY**

Passed the Following Abuse & Safety Tests

Impact Test , Puncture Test, Drop & Shock Test, Puncture Test, Crush Test, Thermal Shock, Over-Charge, Over-Discharge, Positive & Negative Short Circuit.

All tests resulted in No Fire, No Explosion while retaining a Stable Chemical Structure.

https://www.royalbattery.com/amfile/file/download/file/29/product/452/

- **OPERATIONAL CONDITIONS**

| Max. Charge Voltage | 14.6 V |
|---|---|
| Continuous Charge Current | Max. 40A |
| Charge Temperature | 0°C– 45°C |
| Continuous Discharge Current | Max. 40A |
| Peak Discharge Current | 80A (10 Sec.) |
| Discharge Cut-off Voltage | 10.0 V |
| Discharge Temperature | -20°C ~ 65° C |
| Storage Temperature | -20°C ~ 45° C |
| Self-Discharge (Stored @ 50 % SOC) | <3% Per Month | |

## FUNCTION OF PCM / BMS (Battery Management System)

**Circuit Protection:** Constant Power Lithium cells are optimized through the use of its PCM / BMS. Monitoring the cells provides protection against overcharge, over discharge and short circuit. It also enables every battery pack to obtain an independent balancing function. Overall the BMS helps to ensure safe and accurate operation.

| ITEM | CONTENT | CRITERIA |
|---|---|---|
| Overcharge Protection | Overcharge Detection Voltage | 3.90 ± 0.05V |
| | Overcharge Release Voltage | 3.80 ± 0.05V |
| | Maximum Charge Voltage | 3.65 ± 0.05V |
| | Maximum Charge Current | ≤ 55A |
| Over Discharge Protection | Over Discharge Detection Voltage | 2.0 ± 0.1V |
| | Over Discharge Detection Delay Time | ≤167mS |
| | Over Discharge Release Voltage | 2.3 ± 0.075V |
| Over Current Protection | Over Current Detection Current | ≤ 200A ± 10A |
| | Detection Delay Time | ≤ 1 S |
| | Release Condition | Cut Load |
| | Maximum Continuous Current | ≤ 55A |
| Short Circuit Protection | Detection Condition | Exterior Short Circuit |
| | Detection Delay Time | 230 - 500uS |
| | Release Condition | Cut Short Circuit |
| Cell Balancing | Balancing Current | 40 ± 10mA |
| | Balancing Voltage | 3.60 ± 0.01V |
| Remark | CAPABLE OF (4) BATTERIES IN SERIES TO 48V | |

https://www.royalbattery.com/amfile/file/download/file/29/product/452/