UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CELEBRATION IP LLC,

    Plaintiff,

v.                                     Case No.:  8:21-cv-01022

ROYAL BATTERY DISTRIBUTORS, INC.,

    Defendant.
_____/

## JOINT NOTICE OF PENDING SETTLEMENT

    Plaintiff, CELEBRATION IP, LLC, and Defendant, ROYAL BATTERY DISTRIBUTORS, INC. ("Defendant"), (collectively hereafter "the Parties"), by and through the undersigned counsel and pursuant to Local Rule 3.09(b), hereby notify the Court that the parties have tentatively reached a resolution of this case. Parties request sixty (60) days in which to file a voluntary or stipulated dismissal, or to pursue or reopen the case for further proceedings.

Dated this 2 day of August, 2021

                                                                                            Respectfully submitted,

_/s/ Michael J. Colitz, III_                                         _/s/ Howard Wernow_

| | |
|---|---|
| Michael J. Colitz, III | Howard Wernow |
| Florida Bar No. 164348 | Florida Bar No. 107560 |
| GrayRobinson, P.A. | Sand, Sebolt & Wernow Co., LPA |
| 401 E. Jackson Street, Suite 2700 | 4940 Munson St NW Ste 1100 |
| Tampa, FL 33602 | Canton, OH 44718-3684 |
| (813) 273-5000 | (330) 244-1174 |
| (813) 273-5145 (Fax) | (330) 244-1173 (Fax) |

| | |
|---|---|
| michael.colitz@gray-robinson.com | Mhoward.wernow@sswip.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a copy to all counsel of record.

*/s/ Michael J. Colitz, III*
MICHAEL J. COLITZ, III